COMPOSITE EXHIBIT "B"

ORDER CONFIRMATION DATED JULY 10, 2014;
INVOICE DATED JULY 22, 2014; and BUNKER DELIVERY
NOTE SIGNED BY THE VESSEL'S MASTER

From: jij@dan-bunkering.com
To: Anandrea@sgrenergy.com;jij@dan-bunkering.com
CC:
Sent: 2014-07-1023:52:07.297 CET



**Dan·Bunkering**

SGR Energy
Att.: Andrea Reich
10655 Six Pines Drive
Ste 210
THE WOODLANDS TX 77380
UNITED STATES OF AMERICA

| | |
|---|---|
| Our ref.: | 51325 |
| Your ref.: | |
| Date: | 07/10/14 |
| Page: | 1 |

# ORDER CONFIRMATION

With reference to correspondence, we are pleased to confirm the following order:

| | | | | |
|---|---|---|---|---|
| Vessel name: | SVEVA | IMO number: | 9156539 | |
| Delivery port: | Gibraltar | Berth: | Bunkers only | |
| Delivery date: | 07/14/14 - 07/14/14 | Delivery hours: | | |
| ETA: | 07/14/14 | ETA hours: | | |
| ETD: | | ETD hours: | | |

| Product | Specification | Quantity | Price | |
|---|---|---|---|---|
| Fo-380 Cst. | ISO8217:2005(E)RMG380 | 400 Mts. | USD | 588.00 / Mts. Fob. |
| LSFO 380 Cst. (max. 1,0%) | ISO8217:2005(E)RMG380 1 pct | 160 Mts. | USD | 640.00 / Mts. Fob. |
| Gas-Oil 0,1% | ISO8217:2005(E)DMA 0,1 % | 50 Mts. | USD | 910.00 / Mts. Fob. |
| Agency Fee | | | USD | 785.00 / Lumpsum |
| Commission 2 pct of invoice | | 1 Lumpsum | USD | 7,692.00 / Lumpsum |

Payment terms: Max 45 days from date of delivery

For account of: M/T SVEVA and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
SGR Energy

| | | | |
|---|---|---|---|
| Agent: | Operinter Shipping Dept., S.A. | E-mail: | allports@operinter.com |
| | Tel. no.: 0034-902-324-008 | Fax no.: | 0034-956-603-869 |

Remarks: Local supplier CEPSA

Contractual terms:
Our General Terms and Conditions of May 2012, which are known to you, are to apply. Copy available on request and on our homepage:
www.dan-bunkering.com.
We thank you for this nomination and kindly remind you that we can also offer all grades of lubricants worldwide.

Best regards
**Dan-Bunkering (America) Inc.**

Jim Jensen
Direct line +1 281 833 5811

www.dan-bunkering.com | Dan-Bunkering (America) Inc. | P +1 281 833 5801 | houston@dan-bunkering.com
840 Gessner, Suite 210 | F +1 281 833 5802 | EIN no. 45-4543278
Houston, TX 77024, USA


# Dan·Bunkering

M/T SVEVA and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
SGR Energy
10655 Six Pines Drive
Ste 210
TX  77380, THE WOODLANDS
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice No.: | 51339 |
| Date: | 07/22/14 |
| Customer No.: | 200135 |
| Order No.: | 51325 |
| Our ref.: | JIJ/SKH |
| Page: | 1 |
| EAN: | |
| VAT: | |

**M/T SVEVA  delivered at Gibraltar 07/15/14**

# INVOICE

| Description | Quantity | Unit | Unit Price  USD | Total USD |
|---|---|---|---|---|
| Fo-380 Cst. | 400.0420 | Mts. | 588.00 | 235,224.70 |
| LSFO 380 Cst. (max. 1,0%) | 160.2920 | Mts. | 640.00 | 102,586.88 |
| Gas-Oil 0,1% | 50.1850 | Mts. | 910.00 | 45,668.35 |
| Agency Fee | 1.0000 | Lumpsum | 785.00 | 785.00 |
| Commission 2 pct of invoice | 1.0000 | Lumpsum | 7,692.00 | 7,692.00 |

| | | |
|---|---|---|
| Total USD Excl. VAT | | 391,956.93 |
| VAT %        0.00 | | 0.00 |

| Total | | USD | 391,956.93 |
|---|---|---|---|

**Value on our account on 08/29/14 at the latest.**

Please transfer all payments to:

**Nordea Finland, NY Branch**
437 Madison Avenue                    S.W.I.F.T.: NDEAUS3N
10022 New York
Tel , fax

| | |
|---|---|
| Account No. 4017293001 | |
| ABA: | 026010786 |
| Reference | 51339 |

For payment later than 08/29/14, an interest of   2% per month will be charged.

Document No. 25906                                    DB VAT no.

www.dan-bunkering.com          Dan-Bunkering (America) Inc.     P +1 281 833 5801     houston@dan-bunkering.com
                               840 Gessner, Suite 210          F +1 281 833 5802     EIN no. 45-4543278
                               Houston, TX 77024, USA

  -COPIA-

COMPAÑIA ESPAÑOLA DE PETROLEOS, S.A.

## RECIBO DE ENTREGA BUNKER / BUNKER DELIVERY NOTE

| CEPSA BUNKER | | 15/07/2014 |
| --- | --- | --- |
| GIBRALTAR | ANCHORAGE | 25906 |
| SVEVA | 9156539 | ITALY | RAVENNA |
| PUNTA CARDON | MEDITERRANEA DI NAVIGAZIONA | |
| | TARIK | |

FORMA DE SUMINISTRO / METHODS OF DELIVERY

X

**CLIPPER BRICCO**
9373931

| | | SUPPLIED QUANTITIES ANTIDADES SUMINISTRADAS | DENSITY DENSIDAD | VISCOSITY cSt VISCOSIDAD cSt | | FLASH POINT |
| --- | --- | --- | --- | --- | --- | --- |
| IFO 380 cts | | 155,324    157,004 | 989.3 | 356.40 | | 61 |

Declaración del Representante del Proveedor

DATOS DE TIEMPO / TIME TABLE

| | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE | | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2014 | 7 | | | | | 2014 | 7 | | | |
| | 2014 | 7 | | | | | 2014 | 7 | | | |
| | 2014 | 7 | | | | | | HORAS/HOURS | | MINUTOS/MINUTES | |

MEZCLAS / BLENDING

FIRMA RESPONSABLE SUMINISTRO
SUPPLIER'S REPRESENTATIVE SIGNATURE

FIRMA DEL CAPITAN Y SELLO DEL BUQUE / MASTER'S SIGNATURE AND VESSEL'S STAMP

ACTING ON BEHALF OF
'SGR ENERGY LLC'

| IFO 380 | OBSERVACIONES / REMARKS |
| --- | --- |
| 329827 | |
| 329828 | |
| 329829 | |
| 5152773 | |
| 5152774 | |

 

CEPSA, S.A.

## RECIBO DE ENTREGA BUNKER / BUNKER DELIVERY NOTE

| | | | |
|---|---|---|---|
| CEPSA BUNKER | | 15/07/2014 | |
| GIBRALTAR | | ANCHORAGE | 25906 |
| SVEVA | 9156539 | ITALY | RAVENNA |
| VENEZUELA | | MEDITERRANEA DI NAVIGATORE | |
| | | TARIK | |

TIPO DE OPERACIÓN

FORMA DE SUMINISTRO / METHODS OF DELIVERY

X

**GIBUNKER 100**
IMO 9342633

| PRODUCTS PRODUCTOS | SUBJECT EPIGRAFE | SUPPLIED QUANTITIES CANTIDADES SUMINISTRADAS | | DENSITY DENSIDAD | VISCOSITY VISCOSIDAD | M AZUFRE | FLASH POINT INFLAMABILIDAD |
|---|---|---|---|---|---|---|---|
| IFO 380 cts | | 244.718 | 247.490 | 988.8 | 333.70 | 3.57 | 86 |
| M.G.O. | | 50.185 | 57.446 | 873.6 | 4.91 | 0.09 | 67 |
| IFO 380 cts LS | | 160.292 | 162.075 | 989.0 | 357.30 | 0.89 | 73 |

Declaración del Representante del Proveedor:

Declaration of Supplier's Representative:

| | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE | | AÑO YEAR | MES MONTH | DIA DAY | HORA HOUR | MINUTO MINUTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 7 | 15 | | | | 2014 | 7 | 15 | | |
| | 2014 | 7 | 15 | | | | 2014 | 7 | 15 | | |
| | 2014 | 7 | 15 | | | | HORAS HOURS | | | MINUTOS MINUTES | |

FIRMA RESPONSABLE SUMINISTRO
SUPPLIER'S REPRESENTATIVE SIGNATURE

MASTER'S SIGNATURE AND VESSEL STAMP

## ACTING ON BEHALF OF
## 'SGR ENERGY LLC'

| | IFO 380 cts | M.G.O. | IFO 380 cts LS | OBSERVACIONES / REMARKS |
|---|---|---|---|---|
| | 325821 | 325824 | 325827 | |
| | 325822 | 325825 | 325828 | |
| | 325823 | 325826 | 325829 | |
| | 5226801 | 5226803 | 5226805 | |
| | 5226802 | 5226804 | 5226806 | |