COMPOSITE EXHIBIT "C"

ORDER CONFIRMATION DATED OCTOBER 17, 2014;
INVOICE DATED OCTOBER 20, 2014; and BUNKER
DELIVERY NOTE SIGNED BY THE VESSEL'S MASTER

From: kaz@dan-bunkering.com
To: tom@sgrenergy.com
CC:
Sent: 2014-10-17 22:17:17.268 CET


Dan-Bunkering

SGR Energy
Att.: Andrea Reich
10655 Six Pines Drive
Ste 210
THE WOODLANDS TX  77380
UNITED STATES OF AMERICA

| | |
|---|---|
| Our ref.: | 51611 |
| Your ref.: | |
| Date: | 10/17/14 |
| Page: | 1 |

# ORDER CONFIRMATION

With reference to correspondence, we are pleased to confirm the following order:

| | | | |
|---|---|---|---|
| Vessel name: | SVEVA | IMO number: | 9156539 |
| Delivery port: | Philadelphia, Pennsylvania | Berth: | Anchor |
| Delivery date: | 10/14/14 - 10/15/14 | Delivery hours: | |
| ETA: | 10/15/14 | ETA hours: | |
| ETD: | | ETD hours: | |

| Product | Specification | Quantity | Price | |
|---|---|---|---|---|
| Gas-Oil 0,1% | ISO 8217-2010 DMA MGO | 20 Mts. | USD | 1,235.00 / Mts. Fob. |

Payment terms:   Max 45 days from date of delivery

For account of:   M/T SVEVA and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
SGR Energy

Agent:   Biehl & Co, Philadelphia       E-mail:   ops.delaware@biehlco.com
Tel. no.: 302-594-9700                    Fax no.: 302-594-9705

Contractual terms:
Our General Terms and Conditions of May 2012, which are known to you, are to apply. Copy available on request and on our homepage: www.dan-bunkering.com.
We thank you for this nomination and kindly remind you that we can also offer all grades of lubricants worldwide.

Best regards
**Dan-Bunkering (America) Inc.**

David S. Kazmierski
Direct line +1 281 833 5814



M/T SVEVA and/or master and/or owners and/or
charterers and/or managers and/or operators and/or
SGR Energy
10655 Six Pines Drive
Ste 210
TX 77380, THE WOODLANDS
UNITED STATES OF AMERICA

| | |
|---|---|
| Invoice No.: | 51592 |
| Date: | 10/20/14 |
| Customer No.: | 200135 |
| Order No.: | 51611 |
| Our ref.: | KAZ/SKH |
| Page: | 1 |
| EAN: | |
| VAT: | |

### M/T SVEVA delivered at Philadelphia, Pennsylvania 10/15/14

# INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| Gas-Oil 0,1% | 20.2650 | Mts. | 1,235.00 | 25,027.28 |

| | | |
|---|---|---|
| Total USD Excl. VAT | | 25,027.28 |
| VAT %   0.00 | | 0.00 |

| Total | USD | 25,027.28 |
|---|---|---|

**Value on our account on 11/28/14 at the latest.**

Please transfer all payments to:

**Nordea Finland, NY Branch**
437 Madison Avenue
10022 New York

S.W.I.F.T.: NDEAUS3N

Account No. 4017293001
ABA:      026010786
Reference  51592

For payment later than 11/28/14, an interest of  2% per month will be charged.

Document No. -                             DB VAT no.

www.dan-bunkering.com    Dan-Bunkering (America) Inc.    P +1 281 833 5801    houston@dan-bunkering.com
                         840 Gessner, Suite 210          F +1 281 833 5802    EIN no. 45-4543278
                         Houston, TX 77024, USA

# MARINE BUNKER RECEIPT

| Customer | | Vessel Name | | IMO Number | | PO Number |
|---|---|---|---|---|---|---|
| V&N Bunkering | | | | | | |
| Owners / Operator / Charterers | | Sveva | | 9156539 | | SVE101514 |
| Delivery Date | 10/14 10/15/14 | Port of Call | Philadelphia PA | Name of Transporter | | Vane Line Bunkering |
| Delivery Mode | Barge | | On behalf of Buyer / End User's Instructions to Common Carrier | | | |
| Arrival Time | 0046 | Began Pumping | 0110 | Completed Pumping | 0140 | |
| Depart Time | 0200 | At Wharf | | Barge RA-58 | Truck | |

| Product / Grade | HFO | IFO | MGO | ULSD |
|---|---|---|---|---|
| Density @ 15 Deg. C KG/M³ | | | API 36.4 / DENS 0.8525 | |
| Viscosity @ 50 Deg. C cSt | | | 2.436 | |
| Sulfur Content, %MM | | | 0.0088 | |
| Flash Point, Degree F | | | | Not Less Than 140 Degrees F |
| Flash Point, Degree C | | | 151 | Not Less Than 60 Degrees C |
| Temperature, Degree F | | | 62°F | |
| Volume Correction Factor | | | .9991 0.1350 | |
| Gross Gallons | | | 6300 | |
| Net Gallons | | | 6294 | |
| Gross Barrels | | | 150 | |
| Net Barrels | | | 149.86 | |
| Metric Tons | | | 20.265 | |

Sample Seal Numbers: We acknowledge receipt of above product and confirm proper samples were taken, sealed and numbered as follows

| Product / Grade | Marpol Sample | Barge Sample | Ship Retain Sample | Supplier Sample |
|---|---|---|---|---|
| ULSD | 5097470 | 5097452 | | 5097497 |
| | | | | |
| | | | | |

Supplier's Representative

Received for use as bunkers, together with a representative sample
the quantities shown above

Master / Chief Engineer

SAMPLES TAKEN AND GIVEN TO

| TRANSPORTER | VESSEL REPRESENTATIVE |
|---|---|

VESSEL REPRESENTATIVE OFFERED TO WITNESS SAMPLES TAKEN
YES [✓]  NO [ ]

VESSEL REPRESENTATIVE OFFERED TO WITNESS GAUGING
YES [✓]  NO [ ]

STATE OF _____  SALES AND USE TAX EXEMPTION CERTIFICATE

SGR ENERGY

M/C SVEVA