UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO: 15-CIV-21024-LENARD

DAN-BUNKERING (AMERICA) INC.,

    Plaintiff,

v.

M/T SVEVA, its engines, tackle and apparel,
*in rem,*

    Defendant;

_____/

M/T SVEVA, its engines, tackle and apparel,
*in rem,*

    Third-Party Plaintiff

v.

SGR ENERGY LLC,

    Third-Party Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT BETWEEN CLAIMANT
MEDITERRANEA DI NAVIGAZIONE S.P.A.
AND DAN-BUNKERING OF *IN REM* CLAIMS AGAINST THE
M/V SVEVA, *ETC. ET AL.*
(SGR TO REMAIN DEFENDANT *IN PERSONAM*
<u>AS TO CLAIMS OF DAN-BUNKERING)</u>**

COME NOW the Plaintiff DAN-BUNKERING (AMERICA) INC., and MEDITERRANEA DI NAVIGAZIONE S.P.A.[1], Claimant/Owner of the vessel M/T SVEVA,

---

[1] Pursuant to Rules C (6) and E (8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, MEDITERRANEA DI NAVIGAZIONE S.P.A. has made a restricted appearance

its engines, tackle and apparel, *in rem* ("Vessel"),[2] by and though their respective undersigned counsel and notify the Court that Dan-Bunkering (America) Inc. and Claimant MEDITERRANEA DI NAVIGAZIONE S.P.A. have amicably resolved the claims *in rem* by Dan-Bunkering (America) Inc. against the Vessel.

Dan-Bunkering (America) Inc. and Claimant MEDITERRANEA DI NAVIGAZIONE S.P.A. agree to file a Joint Stipulation for Dismissal With Prejudice of Dan-Bunkering (America) Inc.'s claims against the Vessel *in rem*, within twenty (20) days, which will be made contingent upon the Court reserving jurisdiction to enforce the terms of settlement reached between Dan-Bunkering (America) Inc. and Claimant MEDITERRANEA DI NAVIGAZIONE S.P.A.

Dan-Bunkering (America) Inc.'s *in personam* claims against SGR Energy LLC, tendered by way of the Third Party Complaint[3] (now served on SGR Energy LLC), however are not settled and are not dismissed. Dan-Bunkering (America) Inc.'s claims, including its pending motion for summary judgment, continues on its claims *in personam* against SGR Energy LLC, including, for contractual interest and attorneys' fees.

Respectfully submitted this 15th day of May, 2015.

/

[Signatures on Next Page]

---

for the sole purpose of defending the claim against the vessel M/T "SVEVA" *in rem* which does not constitute an appearance for any other purpose.

[2] Third-Party Defendant SGR ENERGY LLC has not yet appeared in this action. M/T SVEVA will be voluntarily dismissing its third-party claim against SGR ENERGY LLC without prejudice. DAN-BUNKERING (AMERICA) INC. is not dismissing its claim against SGR ENERGY LLC.

[3] M/T SVEVA *in rem* filed a Third-Party Complaint against SGR ENERGY pursuant to Fed. R. Civ. P. 14(c).

/

| | |
|---|---|
| */s/ J. Stephen Simms* | */s/ Charles G. De Leo* |
| J. Stephen Simms | Charles G. De Leo |
| (admitted *pro hac vice*) | Fla. Bar No. 353485 |
| SIMMS SHOWERS LLP | Email:  cdeleo@dkmaritime.com |
| 201 International Circle | Damon T. Hartley |
| Baltimore, Maryland 21030 | Fla. Bar No. 0041136 |
| Tel: (410) 783-5795 | Email: dhartley@dkmaritime.com |
| Fax: (410) 510-1789 | DeLeo & Kuylenstierna, P.A. |
| Email: jssimms@simmsshowers.com | 8950 SW 74th Court |
| | Suite 1710 |
| JAMES W. STROUP | Miami, Florida 33156 |
| Florida Bar No. 0842117 | Telephone:  (786) 332-4909 |
| FARRIS J. MARTIN, III | Facsimile:    (786) 518-2849 |
| Florida Bar No. 0879916 | |
| STROUP & MARTIN, P.A. | Attorneys for the MEDITERRANEA DI |
| Attorneys for Plaintiff | NAVIGAZIONE S.P.A., Claimant  to the M/T |
| 119 Southeast 12th Street | "SVEVA" |
| Fort Lauderdale, Florida 33316-1813 | |
| Tel: (954) 462-8808 | |
| Fax: (954) 462-0278 | |
| Email: jstroup@strouplaw.com | |
| Email: fmartin@strouplaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF for service on all counsel of record.  I also certify that the foregoing document is being served this day Tom San Miguel, President/CEO of SGR Energy LLC, 14405 Walters Rd, Houston, TX 77014 in some other authorized manner as a party not authorized to receive electronically Notices of Electronic Filing.

*/s/Damon T. Hartley*
Damon T. Hartley